April 12th, 2024

Barnali Hasan, MD
4014 Greenpoint Ave.
Sunnyside, NY 11104

**United States Bankruptcy Court**
**Eastern District of New York**
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201

RE:   Case No. 1-23-44294-CSS

Dear Sir or Madam,

Please be kind enough to receive and submit the enclosed order to show cause in this matter.

I am a creditor named in this matter and the debtor has failed to appear for the scheduled 341 creditors meeting.

Thank you for your cooperation.

**Barnali Hasan, MD**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                              Case No. 1-23-44294-ess

Jannatul Ferdous                                    Chapter: 7

                    Debtor(s)
---------------------------------------------------------x

APPLICATION IN SUPPORT OF
ORDER TO SHOW CAUSE

To the Hon. Elizabeth Stong, Bankruptcy Judge;

I Jannatul Ferdous, Movant herein, make this application in support of my Order to Show Cause to seek entry of an Order to:
dismiss chapter 7 petition as to the creditor Barnali S. Hasan, 4014 Greenpoint Avenue, first floor, Sunnyside, NY 11104.

In support of the relief requested, I hereby allege as follows:
Petitioner has failed to appear for the 341 creditor's meeting and has filed this petition to delay eviction proceeding where the petitioner is in arrears for more than 100,000 dollars.

WHEREFORE, Movant prays for the entry of an Order to Show Cause granting the relief requested.

Dated: April 11, 2024

By: Barnali Hasan MD
    (Signature of movant)

Type or Print Name: Barnali Hasan
Address: 4014 Greenpoint Ave
         Sunnyside NY 11104

Telephone Number: _____